APPLICATION OF L. R. BRETZ.

No. 13312.
Decided March 18, 1976.
550 P.2d 155.

ORDER

PER CURIAM:

The petition of J. Vaughan Barron, counsel for L. R. Bretz, for copies of the original exhibits in Cause No. 12896 is hereby granted. On the basis of District Judge Truman G. Bradford's order granting access to the file in Cause No. 12896, Mr. Barron has been granted that permission.

STATE OF MONTANA EX REL. ROBERT L. DESCHAMPS, III, MISSOULA COUNTY, RELATOR, v. THE DISTRICT COURT OF THE FOURTH JUDICIAL DISTRICT AND THE HONORABLE JACK L. GREEN, JUDGE THEREOF, ET. AL., RESPONDENTS.

No. 13311.
Decided March 29, 1976.
547 P.2d 88.

ORDER

PER CURIAM:

The application for writ of supervisory control is denied.